UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E'JAI BEY,

                Plaintiff,

-against-

YONKERS CITY COURT,

                Defendant.

22-CV-3166 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 16, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim and on immunity grounds, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 16, 2022
               New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge